# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

Clifford W. Taylor,
Chief Justice

134951

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ALBERTA WASHINGTON, Personal
Representative of the Estate of
Barbara Richardson, Deceased,
          Plaintiff-Appellee,

v

          SC: 134951
          COA: 266487
          Washtenaw CC: 04-000909-NH

GLACIER HILLS NURSING CENTER,
d/b/a GLACIER HILLS, INC.,
          Defendant-Appellee,

and

KRISTEN TYSKOWSKI, M.D. and
LONA MODY, M.D.,
          Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the August 16, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008                   _____
                                        Clerk

l0519